No. 4321.—CARMELO RODRÍGUEZ, APLTE. *v.* FERNANDO BEIRÓ GONZÁLEZ, APDO.—C. D. Guayama. Expediente de dominio.

Julio 12, 1927. Celebrada la vista de la moción para deses-
timar a la cual no comparecieron las partes; apareciendo de
la certificación acompañada que la apelación en este caso se
radicó en mayo 4, 1927; que en mayo 7, 1927 el apelante
obtuvo una prórroga de 30 días para radicar la exposición
del caso y que a la fecha de la certificación o sea en junio
21, 1927 no se había radicado dicha exposición del caso ni
solicitado nueva prórroga para hacerlo; apareciendo que
tampoco ha sido radicada la transcripción en la secretaría
de esta corte, se declara *con lugar la moción y por tanto se
desestima la apelación.*